■ MICHAEL DeCANDIA, Plaintiff, v HUDSON WATERWAYS, INC., et al., Defendants and Third-Party Plaintiffs-Appellants. JUNIOR LEHMANN, Third-Party Defendant-Respondent.—Order, Supreme Court, New York County (Edward Greenfield, J.), entered on October 27, 1986, unanimously affirmed, with-

out costs and without disbursements. We perceive no reason for the inordinate delay on the part of Special Term in deciding the motion. Concur—Kupferman, J. P., Sullivan, Carro, Milonas and Smith, JJ.